UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNELIUS M. KELLER III** | * | **CIVIL ACTION NO.: 2:22-cv-03759** |
| **AND PAMELA S. KELLER** | * | |
| **VERSUS** | * | **JUDGE: ELDON E. FALLON** |
| **OCEAN HARBOR CASUALTY** | * | **MAGISTRATE: JUDGE JANIS** |
| **INSURANCE COMPANY** | * | **VAN MEERVELD** |

**ORDER**

Upon considering the Motion to Withdraw As Counsel of Record, filed by counsel at Sangisetty Law Firm, LLC for Plaintiffs Cornelius M. Keller, III and Pamela S. Keller,

IT IS ORDERED THAT THE MOTION IS GRANTED.

IT IS FURTHER ORDERED THAT:

Ravi K. Sangsetty, William Boyles, Kimberly M. Fanshier and Amanda J. Olmsted of Sangisetty Law Firm, LLC  hereby be removed as counsel of record for Plaintiffs, Cornelius M. Keller, III and Pamela S. Keller, in the 2:22-cv-03759-EEF-JVM docket.

New Orleans, Louisiana, this 2nd day of December, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE