UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CORNELIUS M. KELLER III** | * | Civil Action # 22-cv-03759 |
| **AND PAMELA S. KELLER** | * | |
| **Plaintiffs** | * | Judge Eldon E. Fallon |
| v. | * | |
| | * | Magistrate Judge Janis Van Meerveld |
| **OCEAN HARBOR CASUALTY** | * | |
| **INSURANCE COMPANY** | * | |
| **Defendants** | | |

## *EX PARTE* MOTION TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, come Plaintiffs, **CORNELIUS M. KELLER III AND PAMELA S. KELLER**, who respectfully request that the Court issue an order enrolling Edward J. Womac, Jr., Brian J. Branch, and Gary M. Langlois, Jr. of the law firm Edward J. Womac, Jr. & Associates, LLC, as counsel of record. Mr. Womac, Mr. Branch, and Mr. Langlois have been admitted to practice before this Court and are in good standing.

**WHEREFORE**, Plaintiffs, **CORNELIUS M. KELLER III AND PAMELA S. KELLER**, respectfully urge the Court to grant their motion and issue an order enrolling Edward J. Womac, Jr., Brian J. Branch, and Gary M. Langlois, Jr. as their counsel of record in this proceeding.

Dated: March 22, 2023.　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**EDWARD J. WOMAC, JR. & ASSOCIATES, LLC**

　　　　　　　　　　　　　　　　　　　*/s/ Gary M. Langlois, Jr.*
　　　　　　　　　　　　　　　　　　　**EDWARD J. WOMAC, JR.** (Bar No. 02195)
　　　　　　　　　　　　　　　　　　　**BRIAN J. BRANCH** (Bar No. 30411)
　　　　　　　　　　　　　　　　　　　**GARY M. LANGLOIS, JR.** (Bar No. 37763)
　　　　　　　　　　　　　　　　　　　3501 Canal Street
　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70119
　　　　　　　　　　　　　　　　　　　Phone: 504-486-9999
　　　　　　　　　　　　　　　　　　　Fax: 504-488-4178
　　　　　　　　　　　　　　　　　　　E-mail: glanglois@edwardwomac.com