**MINUTE ENTRY**
**FALLON, J.**
**JULY 11, 2023**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KELLER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-3759** |
| **OCEAN HARBOR CASUALTY INSURANCE COMPANY** | **SECTION "L" (1)** |

A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Brian Branch participated for Plaintiffs Pamela Keller and Cornelius Keller, III. Carley Ann Faucheux participated for Defendant Ocean Harbor Casualty Insurance Company. The parties updated the Court on the status of the case. They told the Court that they are completing depositions as expected and do not anticipate any discovery delays. To facilitate discovery,

**IT IS ORDERED** that a status conference be **SET** for October 5, 2023 at 8:30 A.M. Parties should join the call five minutes before the starting time with the following information:

**Dial-in:** 877-336-1839

**Access Code:** 4227405

JS10 (00:06)